UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| In re:<br><br>Grace Limousine, LLC,<br><br>   Debtor | Chapter 11<br><br>Case No. 25-10775-KB |
|---|---|

**UNITED STATES TRUSTEE'S NOTICE OF
INABILITY TO APPOINT OFFICIAL CREDITORS' COMMITTEE**

  The United States Trustee is currently unable to appoint an Official Creditors' Committee as contemplated by 11 U.S.C. § 1102(a)(1).  The United States Trustee hereby reserves his right to appoint such a Committee in the future if circumstances so warrant.

           Respectfully submitted,

           WILLIAM K. HARRINGTON,
           UNITED STATES TRUSTEE

Dated: December 8, 2025  By: /s/ Ann Marie Dirsa
           Ann Marie Dirsa, BNH 06121
           Office of the U.S. Trustee
           53 Pleasant Street, Suite 2300
           Concord, NH 03301
           (603) 333-2781

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below I served copies of the foregoing pleading(s) entitled Notice of Inability to Appoint Official Creditors' Committee to all parties named below by United States first class postage prepaid mail at the address(es) listed or in such other manner as I have indicated:

Via U.S. Mail, postage prepaid to:   N/A

Via the Court's CM/ECF system to:   Christopher M. Candon
Matthew J. Delude
Jonathan M. Hixon
Mark D. Kanakis
James S. LaMontagne
Adam R. Prescott

I, Ann Marie Dirsa, certify that I am eighteen (18) years of age or older, and under penalty of perjury, that the foregoing is true and correct.


Dated: December 8, 2025          By:    /s/ Ann Marie Dirsa
                                        Ann Marie Dirsa, BNH 06121
                                        Office of the U.S. Trustee
                                        53 Pleasant Street, Suite 2300
                                        Concord, NH 03301
                                        (603) 333-2781